| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Nordberg, John A | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Senior | 5. ReportType (check appropriate type)<br><br>⋅ › Nomination,    Date<br><br>› Initial    (●) Annual     ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Chambers 1886<br>219 South Dearborn Street<br>Chicago, Illinois 60604-1706 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee - non-paid | ███████ Testamentary Trust |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 19 12 21 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of Ill.-Judges' Retirement Fund pension payments | 46,101.72 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Alpharma, Inc. C.S. | A | Dividend | J | T | | | | | |
| 2.  Mylan Labs, Inc. C.S. | A | Dividend | L | T | | | | | |
| 3.  Valspar Corp. C.S. | C | Dividend | N | T | | | | | |
| 4.  Sprint Fon Group C.S. | B | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 5.  Sprint PCS Group C.S. | | None | J | T | | | | | |
| 6.  Waste Management C.S. | A | Dividend | J | T | | | | | |
| 7.  Dreyfus W.W.D.M.M.F. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 8.  Fidelity Select Health M.F. | A | Distribution | L | T | Buy | 12/31 | J | | Distr. Reinvestment |
| 9.  Nicholas M.F. | A | Distribution | J | T | Buy | 12/31 | J | | Distr. Reinvestment |
| 10.  Nicholas II M.F. | | None | L | T | | | | | |
| 11.  Nicholas Ltd. M.F. | | None | J | T | | | | | |
| 12.  T.R. Price Int'l Disc. M.F. | A | Distribution | J | T | | | | | |
| 13.  T.R. Price Int'l Stk.M.F. | A | Distribution | J | T | | | | | |
| 14.  T.R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 15.  Columbia Mid-Cap Growth F. (name chg-merger Lib. Col. Spec.) | | None | M | T | Merger | 12/31 | M | | Merger of Lib. Col. Spec. |
| 16.  American Century Ultra M.F. | | None | N | T | | | | | |
| 17.  Fidelity Div. Growth M.F. IRA (chg. Of Fidelity Fund) | A | Distribution | N | T | Partial Sell | 12/31 | K | | Redemption MRD |
| 18.  Air Prod. & Chem. C.S. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Ill.Judges' Retirement Pension | E | Distribution | | | | | | | |
| 20. Invesco Health Sciences M.F. | | None | J | T | | | | | |
| 21. M.G.I.C. Inv. Corp. C.S. | A | Dividend | K | T | | | | | |
| 22. U.S. Bancorp C.S. | A | Dividend | K | T | | | | | |
| 23. Strong Common Stock M.F. | | None | L | T | | | | | |
| 24. Gabelli Global Telecomm. M.F. | | None | K | T | | | | | |
| 25. Alltel C.S. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 26. Amcore Financial C.S. | A | Dividend | J | T | | | | | |
| 27. Gilead Sciences C.S. | | None | | | Sell | 1/07 | L | E | NASDAQ Close Account |
| 28. Trust - *See VIII | | | | | | | | | |
| 29. ComCast Corp. New Class A C.S. | | None | J | T | | | | | |
| 30. ITT Edu. Srvcs. C.S. | | None | K | T | | | | | |
| 31. Wells Fargo Corp. C.S. | A | Dividend | K | T | | | | | |
| 32. Pfizer Corp. C.S. | A | Dividend | K | T | Buy | 9/18 | J | | NYSE |
| 33. Charles Schwab M.M.F. | A | Interest | K | T | | | | | |
| 34. Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 35. Paychex C.S. | A | Dividend | K | T | Buy | 9/18 | J | | NASDAQ |
| 36. First Data Corp. | A | Dividend | J | T | Buy | 9/18 | J | | NYSE |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. General Dynamics | | None | K | T | Buy | 9/18 | K | | NYSE |
| 38. SBC Com. C.S. | A | Dividend | J | T | Buy | 10/29 | J | | NYSE |
| 39. ███████ INVESTMENTS | | | | | | | | | |
| 40. Sprint C.S. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 41. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 42. BankOne Checking Account | A | Interest | J | T | | – – | | | |
| 43. Evergreen M.M. Trust | A | Dividend | J | T | Buy | 12/31 | J | | Div. Reinvestment |
| 44. Fidelity Div. Growth M.F. IRA (chg. Of Fidelity Fund) | D | Distribution | L | T | Part. Redemp | 12/31 | J | | Min. MRD Requirement |
| 45. Fastenal C.S. | A | Dividend | J | T | Partial Sell | 1/10 | J | A | NASDAQ |
| 46. Johnson & Johnson C.S. | B | Dividend | L | T | | | | | |
| 47. General Electric C.S. | A | Dividend | J | T | | | | | |
| 48. Fiserv, Inc. C.S. | | None | K | T | | | | | |
| 49. U.S. Bank Baird M.M.F. (change of bank) | A | Interest | J | T | | | | | |
| 50. Columbia Acom Int'l. F (merger-change of name) | A | Dividend | J | T | | | | | |
| 51. John Hancock Financial Trends F. | A | Distribution | J | T | Buy | 12/31 | J | | Distr. Reinvestment |
| 52. Kilroy Realty C.S. | A | Distribution | J | T | Buy | 12/31 | J | | Distr. Reinvestment |
| 53. Eli Lilly & Co. C.S. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 54. DeVry, Inc. C.S. | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Alltel C.S. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 56. M.G.I.C. C.S. | A | Dividend | K | T | Buy | 12/31 | J | | Div. Reinvestment |
| 57. Wells Fargo, C.S. | B | Dividend | L | T | Buy | 12/31 | J | | Div. Reinvestment |
| 58. Gabelli Global Telecom M.F. | | None | J | T | | | | | |
| 59. Nicholas F. | A | Distribution | M | T | Buy | 12/31 | J | | Distr. Reinvestment |
| 60. Strong Comm. Stk. F. | | None | K | T | | | | | |
| 61. SBC Comm. C.S. | A | Dividend | K | T | Buy | 10/29 | J | | NYSE |
| 62. Bed, Bath & Beyond, C.S. | | None | | | Sell | 3/21 | J | B | NASDAQ |
| 63. Berkshire Hathoway Cl. B. | | None | J | T | Buy | 3/06 | J | | NYSE |
| 64. Fed. H.L. Mtg. C.S. | | None | | | Sell | 2/22 | J | B | NYSE |
| 65. McGraw-Hill Cos. C.S. | A | Dividend | J | T | | | | | |
| 66. State Street Corp. | A | Dividend | J | T | | | | | |
| 67. Washington Mutual C.S. | A | Dividend | J | T | Buy | 4/22 | J | | NYSE |
| 68. C.R. Bard, Inc. C.S. | A | Dividend | | | Sell | 7/21 | J | A | NYSE |
| 69. Marathon Oil Corp. C.S. | A | Dividend | J | T | | | | | |
| 70. Prudential Fin. Inc. C.S. | | None | | | Sell | 4/22 | J | | NYSE |
| 71. Schweitzer-Moduit Int'l C.S. | A | Dividend | | | Sell | 9/30 | J | A | NYSE |
| 72. Concord EPS Inc., C.S. | | None | | | Buy | 3/31 | J | | NYSE |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Concord EPS Inc. C.S. | | | | | Sell | 5/21 | J | B | NYSE |
| 74. Patterson Dental C.S. | | None | | | Buy | 5/15 | J | | NYSE |
| 75. Patterson Dental C.S. | | | | | Sell | 10/23 | J | B | NYSE |
| 76. Chevron Texaxo Corp. C.S. | A | Dividend | J | T | Buy | 7/02 | J | | NYSE |
| 77. Cimarex Energy Co. C.S. | | None | J | T | Buy | 3/06 | J | | NYSE |
| 78. Diageo PLC New SPN ADR | A | Dividend | J | T | Buy | 5/22 | J | | NYSE |
| 79. International Flavors C.S. | | None | J | T | Buy | 10/24 | J | | NYSE |
| 80. Nokia Corp. SPONS ADR | | None | J | T | Buy | 7/23 | J | | NYSE |
| 81. UST INC. C.S. | A | Dividend | J | T | Buy | 4/22 | J | | NYSE |
| 82. Ventana Medical Sys. C.S. | | None | J | T | Buy | 3/06 | J | | NASDAQ |
| 83. Westport Res. Corp. NEW C.S. | | None | J | T | Buy | 9/30 | J | | NYSE |
| 84. Northern Trust C.S. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

#28 ███████Testamentary Trust - sole assets: cash and partial interest in oil and gas rights for 160 acres in Oklahoma. I am one of the ███ beneficiaries with approximately 1/6 interest in Trust.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nordberg, John A | 5/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Date _May, 14, 2004_

NOTE: A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

10-14-04

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | | | | | | | | | SOLD OPEN MKT |
|---|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | | |
| 1 | Yahoo | NONE | | J | T | buy | 1/03 | J | A | |
| 2 | SIRI | | | K | T | buy | 1/03 | K | B | |
|  | HYGS | NONE | | J | | buy | 8/03 | J | A | |
| 3 | MSN | NONE | | J | T | buy | 8/03 | J | B | |
|  | F | | | J | T | buy | 8/03 | J | A | |
| 4 | AMR | NONE | | J | T | Buy | 5/03 | J | A | |
|  | SUNW | NONE | | J | T | buy | 5/03 | J | A | |
| 5 | Orcl | NONE | | J | T | buy | 5/03 | J | A | |
|  | NT | NONE | | K | T | buy | 6/03 | K | B | |
| 6 | TOY | NONE | | J | T | buy | 9/03 | J | A | |
|  | MSFT | NONE | | K | T | buy | 6/03 | K | AA | |
| 7 | DYN | NONE | | J | T | buy | 6/03 | J | A | |
|  | STMC | NONE | | K | T | buy | 4/03 | K | E | |
| 8 | Ftek | NONE | | J | T | buy | 5/03 | J | A | |
|  | Rbak | NONE | DIV | K | T | buy | 6/03 | K | A | |
| 9 | GM | Div | A | DIV | J | T | buy | 2/03 | J | A | C |
|  | GE | Div | A | | K | T | buy | 5/03 | K | C |
| 10 | MVL | | | K | T | buy | 8/03 | K | C | |
|  | LU | | | K | T | buy | 1/03 | K | B | |
| 11 | | | | | | | | | | |
| 12 | GE | DIV | A | DIV | K | T | | | | |
| 13 | LU | NONE | | J | T | | | | | |
| 14 | RBAK | NONE | | J | T | | | | | |
| 15 | | | | | | | | | | |
| 16 | (All public transactions) | | | | | | | | | |
| 17 | | | | | | | | | | |

FINANCIAL DISCLOSURE OFFICE
Oct 21 10 5u AM '04
RECEIVED